UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 19-8662 PVC                                                  Date:  February 27, 2020

Title   Luanne Danielle Dunning v. Andrew Saul

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
                None                                              None

**PROCEEDINGS:   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSCUTE**

   On October 8, 2019, Plaintiff Luanne Danielle Dunning filed a complaint seeking review of defendant's decision denying disability benefits.  On January 21, 2019, defendant filed an answer to the complaint and a Certified Administrative Record. Pursuant to the Court's October 15, 2019, Initial Case Management Order, Plaintiff was required to file a "Memorandum in Support of Plaintiff's Complaint" by February 25, 2020. As of today, Plaintiff has not filed the required memorandum.

   Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing a "Memorandum in Support of Plaintiff's Complaint."  NO FURTHER EXTENSIONS OF TIME SHALL BE GRANTED UNLESS GOOD CAUSE IS SHOWN.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-8662 PVC                                   Date:  February 27, 2020

Title        Luanne Danielle Dunning v. Andrew Saul

Plaintiff is expressly advised that failure to timely file the required memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order on counsel for both parties.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |