1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  LUANNE D. D., [1]                          Case No. CV 19-08662 PVC

12                Plaintiff,

13        v.                                    **JUDGMENT**

14  ANDREW M. SAUL, Commissioner of
    Social Security,

15
                  Defendant.
16

17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that

19  the above-captioned action is REMANDED to the Commissioner for further action

20  consistent with the Court's Memorandum Decision and Order.

21

22  DATED:  September 4, 2020

23

24  _____
    PEDRO V. CASTILLO
25  UNITED STATES MAGISTRATE JUDGE

26

27  _____
    [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
28  Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
    Administration and Case Management of the Judicial Conference of the United States.